# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

127967

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

THOMAS R. BRUNAS,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127967
COA: 252926
Wayne CC: 01-007841-01

_____/

    On order of the Court, the application for leave to appeal the January 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    KELLY, J., would remand this case to the Wayne Circuit Court for resentencing pursuant to *People v Babcock*, 469 Mich 247 (2003), and *People v Daniel*, 462 Mich 1, 7-8 (2000), and would direct that this case be reassigned to another judge for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005 _____

p1006

_____
Clerk